# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 5, 2018

155638

*In re* R. E. McLAUGHLIN, Minor.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 155638
COA: 332170
Oakland CC Family Division:
2015-833596-NA

_____/

By order of June 2, 2017, the application for leave to appeal the March 21, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Hill, Minors* (Docket No. 155152). On order of the Court, leave to appeal having been denied in *In re Hill, Minors* on April 6, 2018, 501 Mich 1047 (2018), the application is again considered and, it appearing to this Court that the case of *In re Ferranti, Minor* (Docket No. 157907-8) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 5, 2018



Clerk

d0703